```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUE NUNEZ,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

No. 09 Civ. 2014 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court hereby modifies the Case Management Plan and Scheduling Order, dated June 3, 2009, as follows: The post-discovery status conference currently scheduled for Friday, February 12, 2010 is hereby adjourned to Friday, February 19, 2010 at 9:00 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. The Parties shall comply with dates set forth in the June 3, 2009 Case Management Plan in all other respects.

SO ORDERED.

Dated:      September 2, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE