```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUE NUNEZ,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

No. 09 Civ. 2014 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter submitted on behalf of both parties, dated October 1, 2009, requesting that the Court extend the date for fact discovery until December 31, 2009. The parties' request is granted. The Court will hold a status conference to discuss the necessity of any further discovery on Wednesday, January 6, 2010 at 9:15 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     October 1, 2009
             New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE